# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| WAYNE JEFFREY BRIDGES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV418-150 |
| | ) | |
| JOHN WILCHER, *Sheriff*, | ) | |
| | ) | |
| Respondent. | ) | |

# **ORDER**

Wayne Jeffrey Bridges has filed a self-styled "Application for Writ of Habeas Corpus" alleging (among other things) that he was wrongfully arrested in Portland, Oregon, under a technically deficient warrant, for failing to comply with his sex-offender registration obligations. Doc. 1 at 1 & 5-6. It also appears that he has been extradited from Oregon to Georgia, and he seeks to stymie or otherwise derail those proceedings. *See id.* at 6-7 (noting he was out on bond but taken into custody as punishment for blogging and is currently detained in "legal limbo" with both federal and state charges pending, but no counsel appointed, court dates set, or even case numbers assigned). The rest of his complaints are, to put it charitably, unclear, as is the relief he seeks. For example, despite styling his petition as one for "writ of habeas corpus," he closes

by contending that "[t]he entirety of these illegal, unethical, and fraudulent acts are all one inseparable case of violating my constitutional right to freedom of speech as well as the other numerous civil rights violations." *Id.* at 7. The Court cannot divine, from this history, just what happened and what Bridges wants done about it apart from wanting a return of the $5,000 bond his mother posted. *See id.*[1]

In *Williams v. Freesemann*, 2015 WL 6798946 (S.D. Ga. Oct. 15, 2015), this Court noted that some litigants bypass the Court's form civil rights and habeas complaints in favor of "home-brewed" filings. Adverse factors can motivate that effort. The Court's forms force litigants to answer questions aimed at capturing things like 28 U.S.C. § 1915(g) strikes and repeat (*e.g.*, successive writ) habeas filings. *See, e.g.*, *Bright v. Corizon Health Corp.*, 2015 WL 9257155 at * 1 (S.D. Ga. Dec. 18, 2015) ("Bright's incentive to omit his prior case information is strong because of the § 1915(g) three-strike bar."). "Home-brewers"

---

[1] As with some of the other factual allegations the Court has divined from his handwriting, this request seems to fall within the bounds of a 42 U.S.C. §1983 civil rights Complaint, *not* a petition for habeas relief. The Court will permit Bridges to amend his petition, however, to clarify his allegations.

typically omit those prophylactic questions from their filings.

The Clerk is therefore **DIRECTED** to send petitioner a § 2254 form petition. Within 30 days after the Clerk serves petitioner with a copy of this Order and the form petition, he must re-file both the petition and any supporting memorandum of law explaining his entitlement to habeas relief. If petitioner fails to respond within 30 days of service of this Order, the case will be recommended for dismissal on abandonment grounds.

**SO ORDERED,** this __6th__ day of July, 2018.

*/s/ G. R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA