# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| WAYNE JEFFREY BRIDGES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CV418-150 |
| JOHN WILCHER, *Sheriff*, | ) ) ) | |
| Respondent. | ) ) | |

## **REPORT AND RECOMMENDATION**

Wayne Jeffrey Bridges filed a self-styled "Application for Writ of Habeas Corpus," alleging (among other things) that he was wrongfully arrested in Portland, Oregon. Doc. 1 at 1 & 5-6. He was ordered to submit a completed § 2254 form petition or risk a recommendation of dismissal. Doc. 5. He has not complied with or responded to the Court's order.

This case should be dismissed without prejudice on inactivity and, thus, abandonment grounds. Doc. 5 at 3 (Order warning Bridges of dismissal if he failed to return his § 2254 form petition and any supporting memorandum within 30 days of service of the Court's order). *See* L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of

prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F.

App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this   23rd   day of August, 2018.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA