IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WAYNE JEFFREY BRIDGES, )
)
    Petitioner, )
)
v. ) CASE NO. CV418-150
)
JOHN WILCHER, sheriff, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. In addition, Petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. 3) and Motion to Appoint Counsel (Doc. 4) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of September 2018.

                        WILLIAM T. MOORE, JR.
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA