# United States District Court
## Southern District of Georgia

Wayne Jeffrey Bridges

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-150

John Wilcher, Sheriff

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/14/18, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the Petition without prejudice.

| 9/14/18 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk